PROB 12
(Rev 02/94)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,                )
                                         )
                 Plaintiff,              )
                                         )
           vs.                           )      **Criminal Action No. 1:98CR00054-001**
Antwine Potts,                           )
                                         )
                 Defendant.              )

### Petition on Probation and Supervised Release

COMES NOW <u>Craig H. Carpenter</u> Probation Officer of the Court presenting an official report upon the conduct and attitude of <u>Antwine Potts</u>, who was placed on supervision by the Honorable <u>Murray M. Schwartz</u>, sitting in the court at <u>Wilmington, Delaware</u> on the <u>4th</u> day of <u>March,199</u>, who fixed the period of supervision at <u>five years</u>, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

1.          The defendant shall participate in a drug aftercare program which may include testing.
2.          The defendant shall participate in a education program to include a GED program.
3.          The defendant shall participate in a vocational program at the direction of the probation office.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach)

The U.S. Probation Office is recommending a modification of the conditions of supervised release in this case. The probation officer believes the defendant will benefit from mental health counseling to address issues of concern. The defendant agrees with a treatment referral; and, he has signed a Probation Form 49, the Waiver of Hearing to Modify the Conditions of Probation.

**PRAYING THAT THE COURT WILL ORDER ...**a modification of the conditions of supervised release to order the defendant to participate in mental health counseling, as directed by the U.S. Probation Officer.

| **ORDER OF COURT** | I declare under penalty of perjury the foregoing is true and correct, |
|---|---|
| So ordered this _____ day | |
| of _____ 2007. | _____ |
| | Senior U.S. Probation Officer |
| _____ | |
| U. S. District Judge | Executed on   <u>September 13, 2007</u> |
| | Place        <u>Wilmington, Delaware</u> |

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF DELAWARE

     I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

     I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

1. The defendant shall participate in mental health counseling, with may include evaluation and testing.

Witness: _____    Signed: _____
       U.S. Probation Officer          Probationer or Supervised Releasee

               8/31/07
                  DATE